UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Len Gamboa, et al.,

                 Plaintiff(s),

v.                                          Case No. 2:18–cv–10106–DPH–EAS
                                           Hon. Denise Page Hood

Ford Motor Company, et al.,

                 Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

        Motion for Leave to File – #64

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Denise Page Hood *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/L. Saulsberry
                                                               Case Manager

Dated:  March 5, 2019