MIE (Rev.10/12) Order of Recusal and Reassignment of Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LEN GAMBOA, et al.,

        Plaintiff(s),

v.

FORD MOTOR COMPANY, et al.,

        Defendant(s).
_____/

Case No. 2:18-cv-10106-DPH-EAS

Honorable Denise Page Hood

Magistrate Judge Elizabeth A. Stafford

**ORDER OF RECUSAL AND REASSIGNMENT**

    The undersigned has been assigned as the magistrate judge in this action. Upon review of the record, having found cause for recusal, and pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another magistrate judge for further proceedings.

Date: March 7, 2022

s/Elizabeth A. Stafford
Elizabeth A. Stafford
U.S. Magistrate Judge

Pursuant to this order, this case is reassigned to Magistrate Judge Kimberly G. Altman.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: March 7, 2022

s/ S Schoenherr
Deputy Clerk