UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LEN GAMBOA, *et al.*, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, *et al.*<br><br>        Defendants. | Case No. 18-cv-10106-DPH-EAS<br><br>Judge Denise P. Hood<br><br>Magistrate Judge Kimberly G. Altman |

**STIPULATION AND PROPOSED ORDER REQUESTING AN EXTENSION OF TIME OF THE DEADLINE TO SUBMIT THE PARTIES' JOINT LIST OF UNRESOLVED ISSUES [ECF Nos. 278, 289]**

This matter comes before the Court upon the following Stipulation of the undersigned parties, who state:

On January 6, 2022, Defendants filed a motion to compel (ECF No. 275), which was referred to Magistrate Judge Stafford on January 13, 2022 (ECF No. 276).[1] Plaintiffs filed their response on January 20, 2022. (ECF No. 277).

On January 24, 2022, the Court issued an Order that, among other things, required the parties to meet and confer, required Plaintiffs to provide a privilege log,

---

[1] On March 7, 2022, Magistrate Judge Stafford entered an Order of Recusal and Reassignment. The Clerk reassigned the case by blind draw to Magistrate Judge Altman. (ECF No. 284).

1

and required the parties to submit a joint list of unresolved issues by February 25, 2022. (ECF No. 278).

Since the Court's January 24, 2022 Order, the Plaintiffs have supplemented their production and privilege log, and the parties have engaged in multiple meet and confers and have made substantial progress in narrowing the issues. In light of this progress, and pursuant to the parties' stipulations, the Court has extended the deadline to submit a joint list of unresolved issues on several occasions. (ECF Nos. 281, 288–89). The current deadline to submit a joint list of unresolved issues is Wednesday, April 20, 2022. (ECF No. 289, PageID.13584.)

Defendants have not yet completed their review of Plaintiffs' supplemental productions. The parties submit that good cause exists to further extend the deadline to file their joint list of unresolved issues.

The parties therefore respectfully request that the Court extend the deadline for the parties to file their joint list of unresolved issues by an additional two weeks as follows:

| May 4, 2022 | Filing deadline for joint list of unresolved issues (see ECF No. 278) |

**IT IS ORDERED.**

Dated: April 21, 2022

s/Kimberly G. Altman
Kimberly G. Altman
Magistrate Judge

2

**Stipulated and agreed this 20th day of April, 2022:**

By: */s/ Peter A. Shaeffer (with consent)*
Steve W. Berman
Peter A. Shaeffer
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

E. Powell Miller
Sharon S. Almonrode
THE MILLER LAW FIRM PC
950 W. University Dr., Ste. 300
Rochester, MI 48307
Telephone: (248) 841-2200
Email: epm@millerlawpc.com
Email: ssa@millerlawpc.com

James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Email: JCecchi@carellabyrne.com

David S. Stellings
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Email: dstellings@lchb.com

*Plaintiffs' Interim Co-Lead Counsel*

Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Rd., 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Email: cseeger@seegerweiss.com

*Plaintiffs' Interim Executive Committee*

By: */s/ Stephanie A. Douglas*
Stephanie A. Douglas (P70272)
BUSH SEYFERTH PLLC
400 W. Big Beaver Rd., Ste. 100
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com

Joel A. Dewey
Jeffrey M. Yeatman
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-4135
joel.dewey@dlapiper.com
jeffrey.yeatman@dlapiper.com

Jill C. Griset
MCGUIREWOODS, LLP
201 N Tryon Street, Suite 3000
Charlotte, NC 28202
(704) 343-2193
jgriset@mcguirewoods.com

*Counsel for Defendant Ford Motor Company*

By: */s/ Lina Bensman (with consent)*
Carmine D. Boccuzzi, Jr. (NY 2677094)
Lina Bensman (NY 5028667)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
cboccuzzi@cgsh.com
lbensman@cgsh.com

William R. Jansen (P36688)
Jonathan E. Lauderbach
Michael G. Brady
WARNER NORCROSS + JUDD LLP
2715 Woodward Ave. Ste. 300
Detroit, MI 48201
(313) 546-6000
wjansen@wnj.com
jlauderbach@wnj.com
mbrady@wnj.com

*Counsel for Defendant Robert Bosch LLC*