UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**LEN GAMBOA et al.,**

    **Plaintiffs,**

v.

**FORD MOTOR COMPANY et al.,**

    **Defendants.**

_____/

Case No. 18-10106

Honorable Denise Page Hood

## ORDER DISMISSING ACTION

On July 12, 2022, the parties filed a Stipulation of Voluntary Dismissal with Prejudice under Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure (ECF No. 292).

Accordingly,

IT IS ORDERED that this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure. All pending matters (ECF Nos. 208, 273, 275) are now MOOT.

                                                 S/DENISE PAGE HOOD
                                                 DENISE PAGE HOOD
                                                 United States District Judge

DATED: July 12, 2022